REITZER et al. v. MEDINA VALLEY IRR. CO.   (Circuit Court of Appeals, Fifth Circuit.   December 15, 1916.   Rehearing Denied January 9, 1917.)   No. 2980.   In Error to the District Court of the United States for the Western District of Texas; Wm. B. Sheppard, Judge.   C. L. Bass, of San Antonio, Tex. (T. T. Vander Hoeven, of San Antonio, Tex., on the brief), for plaintiffs in error.   Wm. Aubrey, of San Antonio, Tex. (West & McMillan, of San Antonio, Tex., on the brief), for defendant in error.   Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM.   By uncontradicted evidence, admitted on the trial without objection, it was shown that the defendants had estopped themselves to deny the right of the plaintiff to acquire the land in question by condemnation.   This fact renders unavailable many of the assignments of error which have been insisted 'on in argument.   Our examination of the record in the light of the arguments and briefs has led us to the conclusion that it does not show that any reversible error was committed.   The judgment is affirmed.

---

ROBINETT & BUCHANAN v. ANGLO-AMERICAN MILL CO.   (Circuit Court of Appeals, Fifth Circuit.   December 11, 1916.)   No. 2875.   In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge.   H. W. Head and Cecil Smith, both of Sherman, Tex., for plaintiff in error.   W. L. Hay, of Sherman, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM.   On a full consideration of the transcript, we find none of the assignments of error well taken.   The case seems to have been correctly ruled.   We find no reversible error in the proceedings, and, for the elaborate reasons given by the District Judge, we conclude that the verdict was properly directed.   Judgment affirmed.

---

RUBEL v. UNITED STATES.   (Circuit Court of Appeals, Fifth Circuit. January 17, 1917.)   No. 2933.   In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.   John E. Hartridge, of Jacksonville, Fla., for plaintiff in error.   Herbert S. Phillips, U. S. Atty., of Tampa, Fla., and Fred Botts, Asst. U. S. Atty., of Jacksonville, Fla.   Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM.   We find no reversible error assigned or patent of record. There was sufficient evidence to warrant the verdict rendered.   Judgment affirmed.

---

SANDOVAL et al. v. PFEUFFER et al.   (Circuit Court of Appeals, Fifth Circuit.   December 11, 1916.)   No. 2879.   In error to the District Court of the United States for the Western District of Texas; Henry D. Clayton, Judge.   Don A. Bliss, of San Antonio, Tex., for plaintiffs in error.   J. D. Guinn, Marcus W. Davis, and Wm. Aubrey, all of San Antonio, Tex., for defendants in error.   Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM.   On consideration of the transcript, in the light of the oral arguments and briefs, we find no reversible error.   The judgment of the District Court is affirmed.